# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

5/9/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MMC____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     PLAINTIFF<br>v.<br><br>JINGLIANG SU,<br>  aka "James,"<br><br>                     DEFENDANT(S) | CASE NUMBER<br><br>CR No.   2:25-CR-00362-MRA<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS<br>AMENDED BY GENERAL ORDER 98-04) |

    Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to U.S. v. Lu Zhang, et al., 2:23-CR-596-RGK; U.S. v. Daren Li, et al., 2:24-CR-311-RGK; U.S. v. Jose Somarriba, 2:25-CR-181-RGK; U.S. v. Shengsheng He, 2:25-CR-175-RGK, which:

    __X__    were previously assigned to the Honorable R. Gary Klausner;

    _____    have not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

    Additional explanation (if any):

Dated: May 9, 2025

                                                            NISHA CHANDRAN
                                                            Assistant United States Attorney