UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    2:25−cr−00362−RGK                          Date   6/9/2025

Present :    The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter :   Yanyan Liu (Mandarin Language Interpreter)

| Joseph Remigio | Marea Woolrich | Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1. Jingliang Su,  Custody  REG 13951−506 | 1. Jonathan Perliss,  Retained |

**PROCEEDINGS:     GUILTY PLEA**

X      Defendant moves to enter plea to the   Information  .

X      Defendant sworn.

X      Defendant enters a plea of GUILTY to the  1 .

X      The Court questions the defendant regarding plea of GUILTY and FINDS that a
       factual basis has been laid and further FINDS the plea is knowledgeable and
       voluntarily made. The Court ORDERS the plea accepted and entered.

X      The Court refers the defendant to the Probation Office for investigation and
       and the matter is continued to Monday,  November 17, 2025 at 10:00 AM  for
       sentencing. The Probation Officer is hereby directed to disclose the Presentence
       Report on or before  10/17/2025 .

X      Position papers are due 14 days before sentencing. Responsive documents are due
       7 days before sentencing.

X      The Court vacates the  n/a  trial date as to this defendant.

                                                                                    :16
                                                    Initials of Deputy Clerk: jre

cc: USPO