# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Click here to enter Plaintiff(s).
**United States**

v.

Plaintiff(s)

Click here to enter Defendant(s).
**Jingliang Su**

Defendant(s).

CASE NUMBER

2:25-cr-00362-RGK

~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [36]

☐ The Court hereby orders that the request of:
_Jingliang Su_   ☐ Plaintiff ☒ Defendant ☐ Other
Name of Party

☒ to substitute _Jonathon Perliss_ who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_201 S. Mission Dr._
Street Address

_San Gabriel, CA 91776_
City, State, Zip

_sperliss@gmail.com_
E-Mail Address

_626-300-8088_
Telephone Number

Fax Number

_332928_
State Bar Number

As attorney of record instead of _Lisa Liu_
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of: _Jingliang Su_

List **all** attorneys from same firm or agency who are withdrawing.
_Lisa Zhao Liu_

to withdraw as attorney of record for _Jingliang Su_

**Is hereby** ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **6/13/2025**

_Gary Klausner_
U.S. District Judge/~~U.S. Magistrate Judge~~